**In the Interest of M.A.B. and C.A.B.**

**No. ED 86588.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 11, 2006.

Danielle L. Adler, Festus, MO, for appellant.

Theodore R. Allen, Jr., Hillsboro, MO, for respondent.

Derrick R. Good, Hillsboro, MO, Guardian Ad Litem.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

### ORDER

PER CURIAM.

The father, M.B., appeals the judgments of the Circuit Court of Jefferson County terminating his parental rights to M.A.B. and C.A.B. We have reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(1).